IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL ACTION** |
| | : | **NO. 16-320-1** |
| **MATTHEW CIRILO** | : | |
| | : | |

## ORDER

**AND NOW**, this 16th day of February, 2021, upon consideration of Defendant's pro se motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 and the government's response thereto, it is hereby **ORDERED** that the motion [Doc. 31] is **DENIED**.

Because Defendant has not made a substantial showing of the denial of a constitutional tight, the Court will not issue a certificate of appealability.

BY THE COURT:


*s/s JEFFREY L. SCHMEHL, J.*
**JEFFREY L. SCHMEHL, J.**